**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **RANDOLPH D. KILGORE,** | |
| Plaintiff, | **CASE NO.** |
| vs. | |
| **JUSTIN T. WILSON AND LAUREN K. WILSON,** | |
| Defendants. | |

## COMPLAINT

**RANDOLPH D. KILGORE,** through his counsel, **STEPHEN M. KATZ,** for his Complaint, alleges:

## PARTIES

1.  Defendant, Justin T. Wilson ("Defendant" or "Justin Wilson"), lives at 3379 Rennes Drive, NE, Brookhaven, Georgia 30319

2.  and is subject to the jurisdiction of this Court. Justin Wilson can be served by delivering a copy of the summons and complaint to him at his residence.

3.  Defendant, Lauren K. Wilson ("Defendant" or "Lauren Wilson"), lives at 3379 Rennes Drive, NE, Brookhaven, Georgia 30319 and is subject to the jurisdiction of this Court. Lauren Wilson can be

served by delivering a copy of the summons and complaint to her at his residence.

### JURISDICTION

4.  Subject matter jurisdiction over this action is conferred on this Court by 28 U.S.C. § 1332 in that the Plaintiffs and Defendants reside in different states and the amount in controversy exceeds $75,000.

5.  This Court has personal jurisdiction over each and Defendant and Venue is proper in this judicial district under 28 U.S.C. § 1391 in that Defendants are both residents of DeKalb County, Georgia and all of the acts complained of took place in this judicial district.

### VENUE

6.  Venue is also proper in the Atlanta Division of the United States District Court for the Northern District of Georgia under L.R. N.D.Ga. 3.1B.(1)(a) because "a defendant or defendants" reside in the Atlanta Division.

### FACTS

7.  On or about June 30, 2022, Defendants, and each of them, executed and delivered to Plaintiff a Promissory Note in the principal

amount of three hundred thousand dollars ($300,000). A true and correct copy of the Promissory Note is attached hereto as Exhibit 1.

8. The Note provides, among other things, that interest shall accrue at the Prime Rate.

9. The term "Prime Rate" is defined as (a) 4.75% prior to October 1, 2022 and (b) after October 1, 2022, "a rate per annum equal to the rate of interest per annum published by The Wall Street Journal ( said publication, or its successor, the "WSJ") as the 'prime rate' on the last day of the prior calendar quarter on which the WSJ published such a rate."

10. The Note further provides that "if the Primate Rate for any calendar quarter as determined by reference to the WSJ fell lower than 2.5%, the Prime Rate for such calendar quarter shall be 2.5%.

11. The Note provides that payments of interest shall be paid quarterly on March 31, June 30, September 30, and December 31.

12. Defendants failed to remit interest payments due on March 31, 2024, June 30, 2024, September 30, 2024, December 31, 2024, and March 31, 2025.

13. The Note provides that Defendants are required to repay the Note "one (1) day prior to the third (3rd) anniversary of the execution of the Note," which was June 29, 2025.

14. Defendants have failed to repay the principal and interest on June 29, 2025, the maturity date of the loan.

15. On September 12, 2025, Plaintiff, through his counsel, demanded payment of the loan. A copy of the demand letter dated September 12, 2025 is attached hereto as Exhibit 2 and incorporated herein by reference.

16. Despite Plaintiff's written demand for repayment, Defendant's have failed to repay the loan.

17. Pursuant to the terms of the Note, Plaintiff is entitled have and recover a default rate of interest equal to the Prime Rate.

18. The Note provides "Borrowers agree to pay Holder hereof reasonable attorneys' fees for the services of counsel employed to collect this Note, whether or not suit be brought, and whether incurred in connection with collection, trial, appeal, or otherwise…"

## CLAIM FOR RELIEF

## BREACH OF CONTRACT

19. Plaintiff repeats and realleges paragraphs 1–17 as if fully set forth at length herein.

20. Plaintiff states a claim for damages for breach of contract pursuant to O.C.G.A. § 13-6-1.

21.     Plaintiff is entitled to have and recover damages not less than $376,567.30 together with attorney's fees in an amount to be proven at trial.

**WHEREFORE**, Plaintiff requests that the Court enter judgment for all principal and interest due under the terms of the Note together with Plaintiff's reasonable attorney's fees and litigation expenses.

Date:  28 September 2025.

By: **/s/ Stephen M. Katz**
Stephen M. Katz
Ga. Bar No. 409065

**THE KATZ LAW GROUP LLC**
137 Johnson-Ferry Road  •  Suite 2230
Marietta, Georgia 30068-4949
Email: smkatz@katz.legal
Telephone: 770.988.8181
Fax: 770.988.8182
Email: smkatz@katz.legal